PINCUS COHEN v. NORMANDIE NATIONAL SECURITIES CORPORATION, Impleaded, etc.— Motion granted, upon condition that the appeal be argued or submitted

on April 2, 1931, unless the respondent consents to an adjournment. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.